990

No. 91–7354. MOLINA v. STICKRATH. C. A. 6th Cir. Certiorari denied.

No. 91–7355. LARNER v. WYMAN. Ct. App. Ind. Certiorari denied.

No. 91–7360. YATES v. MCMACKIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–7366. JOHNSON v. DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 91–7371. CRAWFORD v. DISTRICT OF COLUMBIA BOARD OF PAROLE. C. A. D. C. Cir. Certiorari denied.

No. 91–7378. PATTERSON v. BUTLER ET AL. Sup. Ct. Ga. Certiorari denied.

No. 91–7379. BRENNAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–7380. CALDWELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7383. WILLIAMS v. LOUISIANA STATE PENITENTIARY. Ct. App. La., 1st Cir. Certiorari denied.

No. 91–7384. DOERR v. EMERSON. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–7392. DOMBY v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7395. HUCKLEBERRY v. GUNTER, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 91–7398. CARSON v. PETERSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–7400. FUNKHOUSER v. SAFFLE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.